Nathan M. Smith (SBN 023471)
Nate@BNSKLaw.com
Ryan Abbott (SBN 281641)
*(pro hac vice)*
Ryan@BNSKLaw.com
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 20280
Los Angeles, CA 90025
Tel. 310.593.9890
Fax 310.593.9980

*Attorneys for Plaintiff*
*Jenessa Dubey*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jenessa Dubey, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Concentric HealthCare Solutions LLC, an Arizona limited liability company, Robert Bales, an individual,<br><br>Defendants. | No. CV-22-02044-PHX-DJH<br><br>**PLAINTIFF JENESSA DUBEY'S NOTICE OF DEPOSITION OF SHANNON RILEY** |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff, by and through her counsel of record, will take the deposition, upon oral examination, of Shannon Riley on November 2, 2023, commencing at 9:00 a.m. Mountain Standard Time.

PLEASE TAKE FURTHER NOTICE that the deposition will be conducted upon oral examination before a court reporter duly authorized to administer oaths and will be recorded stenographically, by a method that provides for the instant visual display of the testimony received (e.g., "Live-notes") and/or by videotape.  Plaintiff reserves the right to use the videotaped deposition during hearings and/or at trial.

Dated: October 5, 2023                                    BROWN, NERI, SMITH & KHAN LLP

*/s/ Ryan Abbott*
Ryan Abbott

*Attorney for Plaintiff Jenessa Dubey*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2023, I transmitted the foregoing document via e-mail to:

Susanne E. Ingold (singold@bcattorneys.com)
Burch & Craccholo, P.A.
1850 N. Central Avenue, Suite 1700
Phoenix, Arizona 85004


/s/ Kaitlyn Alexander_____