Exhibit 1

**Thursday, October 19, 2023 at 21:31:26 Eastern Daylight Time**

Subject:       Photos_1
Date:          Wednesday, October 18, 2023 at 6:55:27 PM Eastern Daylight Time
From:          Jenessa Dubey
To:            Erika Shapiro
Attachments:   IMG_9055.PNG, IMG_0851.PNG, IMG_0850.PNG

**3:03**
 

**CONCENTRIC.HEALTHCARE**
< **Posts**

 **concentric.healthcare**
Scottsdale, Arizona      





      

**20 likes**

**concentric.healthcare** Concentric Healthcare's annual Fantasy Football Draft! #scottsdale #oldtownscottsdale... more

View 1 comment

August 30, 2019

 **concentric.healthcare**
Phoenix, Arizona                                    ...

    

3:03

**CONCENTRIC.HEALTHCARE**
**Posts**

**concentric.healthcare**
Troon North, Scottsdale, Arizona

Troon North, Scottsdale, Arizona



    **Liked by kaopualani_marie** and **25 others**

**concentric.healthcare** Concentric sponsoring **@phoenixchildrensfoundation**

**over the weekend. ...** more

View 1 comment

November 26, 2019

**concentric.healthcare**

    







This email has been scanned for spam & viruses. If you believe this email should have been stopped by our filters, click here to report it.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you

recognize the sender and know the content is safe.

recognize the sender and know the content is safe.

3:36  5G

< **Kandace** >

Yes. Ill make a reminder to
bring his present in

Feb 9, 2021 at 7:31 AM

Rob took away our access
to see all other regions

I only have scottsdale and
tucson now

Feb 11, 2021 at 1:17 PM

This taking forever

So not gonna be there for 2

Lol i told u it takes awhile.
So u arent coming in today
then? Today has been
awful

I'll call you in a bit

Ok cool

Feb 11, 2021 at 3:33 PM

iMessage

DUBEY00028

Exhibit 2-8

What You Can Expect From



# CONCENTRIC
## HEALTHCARE STAFFING

## Equal Employment Opportunity

Concentric is committed to providing equal opportunity to all qualified applicants and Employees without regard to race, religion, color, sex, national origin, citizenship status, age, genetic information, disability, sexual orientation or any other protected status in accordance with the requirements of all federal, state and local laws. This policy extends to all aspects of our employment practices, including but not limited to, recruiting, hiring, firing, promoting, compensation, benefits, training, leaves of absence and other terms and conditions of employment.

## Policy Against Harassment and Discrimination

Concentric is committed to providing a work environment that is free of unlawful harassment and discrimination. We do not tolerate unlawful harassment of any of our Employees, clients, vendors or suppliers. Any form of harassment which violates federal, state or local law, including, but not limited to harassment related to an individual's race, religion, color, sex, national origin, citizenship status, age, genetic information, disability, pregnancy status or sexual orientation is a violation of this policy and will be treated as a disciplinary matter. For these purposes, the term "harassment" includes any other offensive remarks, jokes and other verbal, graphic or physical conduct.

Concentric's policy against harassment and discrimination applies to all Employees, including Management. The Company prohibits managers, supervisors and Employees from harassing co-workers as well as clients, vendors, suppliers, independent contractors and others doing business with Concentric. In addition, the Company prohibits its clients, vendors, suppliers, independent contractors and others doing business with the Company from harassing our Employees.

We take these policies seriously, and any violation by an Employee will give rise to disciplinary action, up to and including termination. If you believe you have been subjected to any form of unlawful discrimination, or if you are aware of an incident of discrimination involving another employee, please report the matter as soon as possible to Human Resources or your Supervisor. The Company will immediately investigate any and all reports of discrimination and if it is determined that unlawful discrimination has occurred, remedial action will be taken commensurate with the severity of the offense. Appropriate action will be taken to deter any future discrimination as well. Concentric will not retaliate against any Employee for reporting incidents of discrimination and it strictly prohibits retaliatory conduct by Management, employees or co-workers.

DUBEY00029

**Exhibit 2-9**

## Sexual Harassment Prohibited

Sexual harassment constitutes discrimination and is against Company policy and illegal under federal, state and local laws. Sexual harassment is defined as unwelcome sexual advances, request for sexual favors and other verbal or physical conduct of a sexual nature when, for example: 1) submission to such conduct is made a condition of employment; 2) a person's submission to or rejection of such conduct is used as the basis for employment related decisions affecting that person; or 3) such conduct has the purpose or effect or unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive working environment. Sexual harassment includes a broad spectrum of conduct, and it will not be tolerated. Violations of this policy will result in disciplinary action, up to and including termination. There will be no adverse action taken against Employees who, in good faith, report violations of this policy or participate in the investigation of such reported violations. Any Employee who feels that he or she is a victim of sexual harassment should immediately report such actions to Human Resources or a member of Management. All complaints will be promptly investigated.

Harassment of our clients or employees of our clients, vendors, suppliers or independent contractors by our Employees is also strictly prohibited. Such harassment includes the types of behavior specified in this policy, and any such harassment will subject an Employee to disciplinary action, up to and including termination. Harassment of Employees in connection with their work by non-employees may also be a violation of this policy. Any Employee who experiences harassment by a non-employee or who observes such harassment should report it to Human Resources.

Your notification of the problem is essential to us. We can't help resolve a harassment problem unless we know about it. We take all complaints of unlawful harassment seriously and will not penalize you or retaliate against you in any way for reporting a harassment problem in good faith.

## Americans With Disabilities Act

Concentric is committed to complying with all applicable provisions of the Americans with Disabilities Act ("ADA") and its subsequent amendments. It is our policy not to discriminate against any qualified employee or applicant with regard to any terms or conditions of employment because of that individual's disability or perceived disability so long as the Employee can perform the essential functions of their job. Consistent with this policy of nondiscrimination, the Company will provide reasonable accommodations to a qualified individual when the Company has become aware of his or her disability, provided that such accommodation does not constitute an undue hardship on the Company.

Employees with a disability who believe they need a reasonable accommodation to perform the essential functions of their job should contact their supervisor or Human Resources so that all parties can engage in an interactive communication about work performance, job requirements and possible accommodations. Concentric encourages individuals with disabilities to request a reasonable accommodation if necessary. The accommodation request should specify the accommodation that the Employee is seeking in order to perform their job.

DUBEY00030

**Exhibit 2-10**

Upon becoming aware of a disability and a possible need for an accommodation, Human Resources and/or a supervisor will meet with the Employee to engage in an interactive communication regarding the potential accommodation that may be provided to assist them in performing their job. As part of the interactive process, the Company may substitute one reasonable accommodation for another and the Company retains the ultimate discretion in designating between or among reasonable accommodations. Please understand that the ADA and its amendments do not require that the Company provide the best possible accommodation, reallocate essential job functions or supply personal use items.

## IMPORTANT NOTICE TO ALL EMPLOYEES

Employees who have experienced conduct they believe is contrary to these policies have an obligation to utilize the Company's complaint procedures regarding harassment and discrimination. An Employee's failure to fulfill this obligation could affect his or her rights in pursuing legal action. Also, federal, state and location discrimination law establish specific periods for initiating a legal proceeding. Early reporting and intervention have proven to be the most effective method of resolving actual or perceived incidents of harassment and discrimination. Therefore, while no fixed reporting period has been established, we strongly urge the prompt reporting of all complaints or concerns regarding any type of alleged harassment or discrimination so that we can take rapid and constructive action. The Company will make every effort to stop alleged harassment or discrimination before it becomes severe or pervasive. The availability of this complaint procedure is not intended to preclude individuals who believe they are being subject to harassing or discriminatory conduct from directly and promptly advising the offender that his or her behavior is unwelcome and requesting that it be discontinued.

DUBEY00031

**Exhibit 2-11**

**4:00**    .ıll 5G 🔋

<   **Stephanie** >    📹

Nov 22, 2021 at 10:10 AM

> Really gonna need you to get this job!! Lol

Lol you and me both!

I was going to say that you can put in notice before me, but then was like no I really don't want them trying to switch me over or anything

> And they would

I know. I told you he already asked me about it

> They deactivated everything! So I have to get it all enabled

> What time is your lunch

That's ridiculous. Noon.

I'm at lunch too

iMessage    🎤

**Exhibit 2-12**



**4:01**

**Stephanie** ›

Nov 22, 2021 at 1:58 PM

He instructed them all NOT to have one on one conversations with me.

Umm isn't meeting with the team together and individually part of the job?

Sure is! Michelle literally said to me I was instructed not to meet with you and refer you to rob if you had any questions

How awkward is that for whoever you ask to meet with then? What are they supposed to say to you? No, I can't. Rob advised me not to?

Yep

And I'm supposed to send



DUBEY00033

**Exhibit 2-13**

**4:01**



< **Stephanie** >

Yep

And I'm supposed to send all contracts to rob. Literally preventing me from doing my job

You should go to rob and say, hey I tried to meet with Michelle and apparently I'm supposed to go through you so can you please tell me who she is expected to be bringing on this week and what she is working on. Also if she needs anything from me

Nov 22, 2021 at 5:16 PM

Hc

Grabbing my kids. I'll call you in 5

Nov 22, 2021 at 7:37 PM

iMessage

**Exhibit 2-14**

4:41

< **Stephanie** > 

Nov 22, 2021 at 10:10 AM

Really gonna need you to get this job!! Lol

Lol you and me both!

I was going to say that you can put in notice before me, but then was like no I really don't want them trying to switch me over or anything

And they would

I know. I told you he already asked me about it

They deactivated everything! So I have to get it all enabled

What time is your lunch

That's ridiculous. Noon.

I'm at lunch too

iMessage

Exhibit 2-15

**4:42**

< **Stephanie** >                    📹

Nov 22, 2021 at 1:58 PM

He instructed them all NOT to have one on one conversations with me.

Umm isn't meeting with the team together and individually part of the job?

Sure is! Michelle literally said to me I was instructed not to meet with you and refer you to rob if you had any questions

How awkward is that for whoever you ask to meet with then? What are they supposed to say to you? No, I can't. Rob advised me not to?

Yep

And I'm supposed to send



iMessage

**Exhibit 2-16**

 

4:42    SOS

< **Stephanie** >

Yep

And I'm supposed to send all contracts to rob. Literally preventing me from doing my job

You should go to rob and say, hey I tried to meet with Michelle and apparently I'm supposed to go through you so can you please tell me who she is expected to be bringing on this week and what she is working on. Also if she needs anything from me

Nov 22, 2021 at 5:16 PM

Hc

Grabbing my kids. I'll call you in 5



iMessage

DUBEY00037

**Exhibit 2-17**

**5:29**

< **Stephanie** >

They didn't give stef her last commission either and said it's bc they paid her commission while she was on leave

Yeah, again illegal

Supposedly the policy is that they pay it out assuming you will work the amount of time you were paid when you come back or something stupid

"Policy" that means it MUST be written

That's what I said!

I was like, ask where it's written

Also, when they do it once for one they have to do always



iMessage

DUBEY00038

**Exhibit 2-18**

5:29    SOS

< **Stephanie** >    ◻

MUST be written

That's what I said!

I was like, ask where it's written

Also, when they do it once for one they have to do always

### RE: Commission check

Hey Stefani,

The commission was paid out to you during your maternity leave, which you didn't work during this time. Per our policy this is only paid out with the expectation that you return and work full time for the duration in which you were out.

I will forward the proof of insurance over to our brokers. I will confirm back with you as soon as they confirm it's been termed.

Thank you!! Say hi to those cute little babies for me. 

Shannon Riley
Vice President, Human Resources
*Concentric Healthcare Staffing*

**From:** Stefani Kriegel
**Sent:** Friday, November 18, 2022 1:24 PM
**To:** Shannon Riley <sriley@chsaz.com>
**Subject:** Commission check

Hey Shannon,

I didn't receive a commission check from last month for

This is what stef sent me



**Exhibit 2-19**

Commissions are paid one month in arrears on the last payday of the month. Commissions are based on performance and net margin. If your Division's margin is negatively affected due to poor performance, then your commission may be reduced to cover any expenses deemed "non-recoverable." Any non-recoverable revenue discovered after commission payments have been made will result in a commission reversal and can be done up to one year from when the commission was originally issued.

## Paid Holidays

Full-Time Employees will receive the following days off, with pay, any time they fall on a scheduled work day:

> New Year's Day
> Martin Luther King Day **
> Presidents' Day **
> Memorial Day
> Fourth of July
> Labor Day
> Thanksgiving Day
> Day after Thanksgiving
> Christmas Eve
> Christmas Day
> New Year's Eve Day
> New Year's Day

** Employees will have the choice of taking one of the two holidays off – Martin Luther King Day or Presidents Day. Due to on-call scheduling issues and phone coverage, Employee must notify their supervisor no later than one week prior to their choice of holiday off.

Holiday pay does not count as "hours worked" for purposes of calculating an Employee's entitlement to overtime during the week in which the holiday occurs. The holiday schedule is subject to change at any time at the Company's discretion.

## Vacation, PTO and Sick Leave

Concentric believes that its Employees are the key to what makes a great company. While work makes up a large portion of our Employees' lives, we believe that a balance between work and play is essential to maintaining quality performance and a fun work atmosphere. To help foster work/life balance for our Employees, we have designed a vacation, personal time off (PTO) and sick leave policy. The combined policy is referred to as our "PTO" policy and it is available for all Full-time Employees. The length of time off available depends on your completed time of service and you are eligible to take any accrued time off, once approved by your supervisor, after your first six months of employment.

Full-Time Employees earn ten days (80 hours) of PTO each year, the accrual of which is broken down by pay period. PTO is provided to Employees as time off, not as extra pay. Up to one week (40 hours) can be carried over to the next calendar year. In the event of an Employee leaving, where two weeks' notice is provided and the Employee fulfills all job duties and

---

DUBEY00040

**Exhibit 2-20**