# Exhibit 2

**Stephanie**

Nov 22, 2021 at 1:58 PM

> He instructed them all NOT to have one on one conversations with me.

Umm isn't meeting with the team together and individually part of the job?

> Sure is! Michelle literally said to me I was instructed not to meet with you and refer you to rob if you had any questions

How awkward is that for whoever you ask to meet with then? What are they supposed to say to you? No, I can't. Rob advised me not to?

> Yep

> And I'm supposed to send

DUBEY00036

Exhibit 3-1



DUBEY00037

Exhibit 3-2

**Stephanie**

> They didn't give stef her last commission either and said it's bc they paid her commission while she was on leave

> Yeah, again illegal

> Supposedly the policy is that they pay it out assuming you will work the amount of time you were paid when you come back or something stupid

> "Policy" that means it MUST be written

> That's what I said!

> I was like, ask where it's written

> Also, when they do it once for one they have to do always

DUBEY00038

Exhibit 3-3

5:29 SOS

< **Stephanie** >

MUST be written

That's what I said!

I was like, ask where it's written

Also, when they do it once for one they have to do always

**RE: Commission check**

Hey Stefani,

The commission was paid out to you during your maternity leave, which you didn't work during this time. Per our policy this is only paid out with the expectation that you return and work full time for the duration in which you were out.

I will forward the proof of insurance over to our brokers. I will confirm back with you as soon as they confirm it's been termed.

Thank you!! Say hi to those cute little babies for me. 

Shannon Riley
Vice President, Human Resources
*Concentric Healthcare Staffing*

**From:** Stefani Kriegel
**Sent:** Friday, November 18, 2022 1:24 PM
**To:** Shannon Riley <sriley@chsaz.com>
**Subject:** Commission check

Hey Shannon,

I didn't receive a commission check from last month for

This is what stef sent me

iMessage



DUBEY00039

Exhibit 3-4