# Exhibit 3

4:03

**Stephanie**

I'm not. I called in sick

😷

Sick of something...🤣

Stomach bug or something, either way I ain't lying

I called Shannon twice. Texted Rob and called him and left a message. They didn't answer.

Oh I was thinking sick of their bullshit. Sorry you're not feeling well!

Girl!!?!

Lol

But seriously I haven't slept a wink with everything they did to me yesterday. My mind just wouldn't shut off.

DUBEY00070  Exhibit 13-1

4:04

< **Stephanie** > 📹

Dec 3, 2021 at 11:27 AM

Rob will be overseeing nursing for now

Ha!

Until the first of the year when those contracts i got end and the hours look like shit. Then he'll pass it

Lol right.

Dec 3, 2021 at 5:16 PM

So . . . How was the holiday "party"

Dec 3, 2021 at 6:53 PM

We all got massive bonuses for once

….Juuuust kidding lol!



DUBEY00071

**Exhibit 13-2**

**Stephanie**

vm

Nov 23, 2021 at 8:18 AM

Tell me you're here and I just didn't see you come in…

I'm not. I called in sick



Sick of something…🤣

Stomach bug or something, either way I ain't lying

I called Shannon twice. Texted Rob and called him and left a message. They didn't answer.

Oh I was thinking sick of their bullshit. Sorry you're not feeling well!



DUBEY00072

**Exhibit 13-3**



DUBEY00073

Exhibit 13-4

**Stephanie**

Nov 30, 2021 at 5:40 PM

Nick from travel is looking at my LinkedIn profile

Dec 3, 2021 at 11:27 AM

Rob will be overseeing nursing for now

Ha!

Until the first of the year when those contracts i got end and the hours look like shit. Then he'll pass it

Lol right.

Dec 3, 2021 at 5:16 PM

So . . . How was the holiday "party "

Dec 3, 2021 at 6:53 PM

DUBEY00074

Exhibit 13-5

5:31

**Stephanie**

an unproductive distraction. So, I see this as an opportunity for some to weed themselves out of the company voluntarily.

I look forward to seeing only our colleagues who can set aside the hysterics and pearl clutching next week. Have a great weekend.

Found the screenshot but kyles name isn't on it

Omg rereading it now... wow.

I found the email with his name on it.

It's incredible

Thank goodness for therapy

I just posted a review on Glassdoor quoting the email. We'll see if it gets posted

Thu, Dec 1 at 10:58 AM

What time is your interview?

iMessage

DUBEY00075

**Exhibit 13-6**