# Exhibit 4

**Stephanie**

Dec 30, 2021 at 10:51 AM

Did you get your commission?

Nope

Shut up!!

You were owed another month right?

Jan 3, 2022 at 3:44 PM



DUBEY00097

Exhibit 16-1