# Exhibit 5

**Stephanie**

Jun 23, 2021 at 12:27 PM

Rob told Jen, "you couldn't find another $200 somewhere?" Because apparently they are $200 short of 40k and she took that as there is a billing error so is now searching payroll trying to find the error 🤦🏽‍♀️

Sound like someone else we knew

Pretty soon it's full on fudging numbers and holding on over payments to put where he wants

Right! I'm pretty sure her numbers aren't accurate anyway because they don't include all the hotel/flight deductions.

DUBEY00099

**Exhibit 17-1**

**Stephanie**

> to put where he wants

> Right! I'm pretty sure her numbers aren't accurate anyway because they don't include all the hotel/flight deductions.

Jun 23, 2021 at 1:42 PM

> I also just tried to find an MA that worked with us and then transferred to allied in API and I can't find her anywhere. Then I looked a little further and can't find any of allieds people in api...but they pay through api. Something is sketchy here

> Apparently, I didn't have access to Allied but now Shannon updated it

Jul 1, 2021 at 8:56 AM

DUBEY00100

Exhibit 17-2

**Kandace**

> Lol i highly doubt she expects one. Ur card was looking like there werent enough signatures even tho the names were crossed off. And rob comes over and signs it. I was like "oh ya the card looks a little bare. Looks like ppl are crossing their names off and not signing." And bethany immediately says "i signed it!" Lol i was like girl im not talking about you

Aug 25, 2020 at 7:28 AM

> Ugh

> I forgot my laptop

> Oh no!

Aug 31, 2020 at 5:21 PM

> Where u be

DUBEY00101

Exhibit 17-3