# Exhibit 6

3:28

Stephanie

Doesn't matter to me

Apr 29, 2021 at 1:11 PM

When I came back rob called me in with Jen before I even sat down to say that we still have a contract with knowledge services 🙄 then went on to say that nursing is going to be forced to submit

Pretty much

But I spoke with Kyle

He agreed that one a month is reasonable

And I'm still going after a direct contract

You definitely should. I'm sure you'll make it happen!

May 3, 2021 at 3:16 PM

iMessage

Exhibit 19-1

DUBEY00137