# Exhibit 7

3:27  5G


**Stephanie** >

6 weeks ago maybe?

Maybe more

**Apr 22, 2021 at 9:44 PM**

Just saw I missed your call. I had the phone on the charger. We can talk tomorrow!

I'm so frustrated I'm having trouble sleeping

I'm up if you want to call. Otherwise we can wait until tomorrow.

**Apr 23, 2021 at 8:27 AM**

FYI-he hasn't dropped it. Already called me in and has another call scheduled with Lindsey today

Omg



  iMessage 

