Exhibit 8

4:01    SOS

**Stephanie** ›

Jan 25, 2021 at 10:12 AM

Did rob tell you the 8/10/12 hires per month goal also depending on how long they've been here? I'm not sure how realistic those numbers are...at least consistently

He did

Jan 25, 2021 at 4:35 PM

And now Kyle just added a "discuss challenges and recruiter focus" meeting for tomorrow. Why. Everything has to become a big deal

Jan 26, 2021 at 5:43 PM

Sorry got out of the car and my phone went weird. Tried calling back

iMessage

DUBEY00149

**Exhibit 25-1**

4:02



**Stephanie** ›



calling back

Jan 27, 2021 at 12:50 PM

Now rob setup a meeting with Ivan and me for "Tucson discussion" He literally cannot stay out of per diem!

I have aspirin at my desk if you need it

I'm sure it's to chat about how you're going to drive up BHT business in Tucson

Jan 27, 2021 at 2:14 PM

Despite Kyle agreeing, rob is keeping the goals the same

One of Shannon's notes (that she's going to take to Kyle I'm sure) was "blames market (not recruiters)." 😡

  iMessage 

       

DUBEY00150

**Exhibit 25-2**

4:05

**Stephanie** ›

Feb 16, 2021 at 1:56 PM

Rob emailed me to set up a time to go over the phone issues "my team is having "

Lol 🤣 🥺

He was telling Bree that we need to update all our contracts and that's why we have to pay so low...but all the contracts except connections were updated in 2020.

He then told her that we need to pay higher and take less profit, but in the same conversation said our rates don't allow us to pay higher. Oommggg

That's comical

And terrifying

iMessage



DUBEY00151

**Exhibit 25-3**



**Ringer**

< **Stephanie** >

Feb 17, 2021 at 9:03 AM



Robert Bales rbales@chsaz.com add...

RB **Robert Bales**                              9:01 AM
To: Behavioral  Cc: Stephanie >

**Call Volume**

Team,

We are an hour into the day and there are only 5
outbound calls that have been made, 4 of which that
were made by Stephanie.  Let's focus on picking up
the phone to reach candidates and not about ordering
food or coffee… do that before 8am.

Thank you,
Rob

Robert Bales
Vice President, Operations
*Concentric Healthcare Staffing*
855-466-8773 Ext. 7765
www.concentrichealthcare.com
C●NCENTRIC

**Andy 2.0**



**I responded and let him
know that they follow up on
emails and compliance first**

iMessage

**Exhibit 25-4**

4:05

**Stephanie** ›



www.concentrichealthcare.com
CONCENTRIC

Andy 2.0



I responded and let him know that they follow up on emails and compliance first thing in the morning. He seems to forget that we do our own compliance. Asshole

Entire compliance

Also! It's payroll!

Right! I said I've been checking payroll this morning. Ugh.

I have a feeling we will start having high turnover again



iMessage

**Exhibit 25-5**

4:07

< **Stephanie** > 

Mar 18, 2021 at 9:12 AM

It's emails like the one that rob just sent out that just make me feel blah about the job. There's a thousand other ways he could have worded it to make it a positive email instead he had to throw a dig in there. Like, dude when you were a director you literally made like 3 calls a day. Just stop.

Agreed.

It would be nice if he stop always coming from a place of accusation and negativity.

Exactly!

Mar 22, 2021 at 3:53 PM

Did they let Bri go?

iMessage

DUBEY00154

**Exhibit 25-6**

**4:08**

< **Stephanie** > 

Apr 16, 2021 at 11:09 AM

Of course rob sends something out about Phoenix elementary after I already told him they don't require any updated information sent over. Ahhhhhhh. I forwarded him the email from FEBRUARY where we already told the school what our rates will be for next year

He's going to try and make it something complicated when it's actually super simple

Apr 20, 2021 at 12:09 PM

Hey when is the last time you submitted someone to knowledge services

6 weeks ago maybe?

iMessage

DUBEY00155

**Exhibit 25-7**

4:10

**Stephanie** ›

May 3, 2021 at 3:16 PM

I don't know how much longer I can report to rob. He literally knows nothing, but always tries to find something negative to comment on

Can we go one day?

What now

So frustrating

I am beyond frustrated after meeting with him each week

May 5, 2021 at 3:28 PM

Gonna go for my walk

I'll meet you out front?

Leaving now

iMessage

DUBEY00156

**Exhibit 25-8**

4:14

Right! I'm pretty sure her numbers aren't accurate anyway because they don't include all the hotel/flight deductions.

Jun 23, 2021 at 1:42 PM

I also just tried to find an MA that worked with us and then transferred to allied in API and I can't find her anywhere. Then I looked a little further and can't find any of allieds people in api...but they pay through api. Something is sketchy here

Apparently, I didn't have access to Allied but now Shannon updated it

Jul 1, 2021 at 8:56 AM

iMessage

DUBEY00157

**Exhibit 25-9**

4:20

< **Stephanie** > ◻

Especially since I know I've spoken a few times to them about it.

My team is on the phone a lot so I understand the email. Definitely could have been worded differently though.

The " before I intervene" line or whatever the statement was, was a little excessive. That's how all his emails are though so nothing new there

Pretty much



TGIF

Aug 6, 2021 at 12:04 PM

Chat? I just walked out for lunch

iMessage



DUBEY00158

**Exhibit 25-10**



4:22

**Stephanie** ›

Aug 26, 2021 at 10:14 AM

Per diem is never included in promotions...no surprise there

Aug 31, 2021 at 2:16 PM

You sick

You missed our SUPER fun meeting

Lol

Lol I saw the invite. No, I had pto for eastons bday

Sep 2, 2021 at 3:58 PM

Umm that email

Which one? Are

Shannon's

iMessage

DUBEY00159

**Exhibit 25-11**

4:24

< **Stephanie** >    🎥

the kids are having fun 🤣

Sep 22, 2021 at 3:50 PM

Have you called our 800 number before?

Omg

Oh and push 1 for nursing goes to travel

No option for Phoenix or Tucson

I didn't even notice that! Rob is literally obsessed with Jen

Sep 23, 2021 at 8:24 AM

I'm sorry

Does Jen have her own printer

Even though the printing room is right behind her

iMessage 🎤

**Exhibit 25-12**

4:24

‹  **Stephanie** ›    📹

Tucson

I didn't even notice that!
Rob is literally obsessed
with Jen

Sep 23, 2021 at 8:24 AM

I'm sorry

Does Jen have her own
printer

Even though the printing
room is right behind her

I'm guessing that's what it's
for. Rob was setting it up
last week but it has yet to
be used

Sep 28, 2021 at 9:53 AM

All done.

Sep 28, 2021 at 12:43 PM

iMessage

DUBEY00161

**Exhibit 25-13**

4:26    SOS

< **Stephanie** > 

Oct 4, 2021 at 12:12 PM

They hired Erin as a sr recruiter...which has the team feeling some type of way...

They waaaaatttt

Dude!

Right! Like, that has never happened . We should have probably made sure that she can perform before we did that

Me being me would ask Rob, um did we mean to do that

Shannon hasn't sent the welcome email yet

Has she?

Is it going to say senior

  iMessage  

       

DUBEY00162

**Exhibit 25-14**

4:28

< **Stephanie** > 

...'s like intentionally trying to sabotage my team

Oct 4, 2021 at 4:34 PM

Interesting that she didn't mention which division and her title. She does it with every single other new employee.

Lol exactly

Shannon said they were going to hire her as an AM but decided to just do sr instead. Erin did ask me what an IA was though... that's slightly worrisome.

I was like, why wasn't Ivan considered for that position? She said Kyle and Rob were very specific on what they wanted for it

Oct 5, 2021 at 8:15 AM

  iMessage

       

DUBEY00163

**Exhibit 25-15**

**4:29**    SOS

< **Stephanie** >    ◻️

Where we normally go

Oct 15, 2021 at 4:15 PM

I've asked Shannon twice now for a copy of the new goals so I know what I am supposed to be holding them accountable for and nothing...she's acting all sketchy about it 🙄

Same

Oh and brent put in his notice

And this morning rob writes that he had an ad online but he will divi up the candidates

To the division

Because others are looking too and not to call the same person

iMessage



DUBEY00164

**Exhibit 25-16**

4:29    SOS

< **Stephanie** >    📹

that he had an ad online but he will divi up the candidates

To the division

Because others are looking too and not to call the same person

He has to control everything.

Yes

But what's worse is he'll send me left over garbage or nothing at all

When I asked Shannon the second time, she's like "oh I was just waiting on rob. I can probably send you one that's not signed" like, I didn't ask for a copy of a signed one.

That's bs

iMessage

**Exhibit 25-17**



**Stephanie** ›

Oct 22, 2021 at 6:38 AM

I really am hoping that Rob asks me opinions today.

*my

I hope so too

For you

Oct 22, 2021 at 10:23 AM

That's a long ass meeting

I'm sure the original meeting ended and now it's about you lol

I'm sure

Oct 22, 2021 at 12:27 PM

That was a very VERY long meeting

Yuuuup

DUBEY00166

**Exhibit 25-18**

4:31     SOS

**Stephanie** ›

Oct 27, 2021 at 11:02 AM

Trying to walk off my rage right now.

I'm walking out now

Rob wants to switch to having full desk recruiters. So we have recruiting goals that can't be met so let's make them staff now too. 👍🏽

Girl, you coming?

Yep 👍

Oct 27, 2021 at 1:37 PM

Shannon told Ivan that her and rob plan to sit down with him for a quick exit interview. Is this a joke? Are they going to ask how he feels about them making today his last day?

iMessage

DUBEY00167

**Exhibit 25-19**

**4:32**

<    **Stephanie** >    

Oct 27, 2021 at 4:45 PM

15 minutes before the end of day and I need to step out

What an IDIOT!

I can't wait for this day to end

Stef has half days Thursday and Friday and Kelli is leaving early Friday and they still told him not to finish the week. Great business decision

They had him rewrite and submit a new resignation letter and put Friday's date on it and then still didn't even have him finish the week. Such bs

Oct 28, 2021 at 8:58 AM

iMessage

DUBEY00168

**Exhibit 25-20**



**4:32**    SOS

**< Stephanie >**    ▢◀

week. Such bs

Oct 28, 2021 at 8:58 AM

Did rob really tell Ivan to take the next two days to "find peace"

Lol yup!

I'm speechless

That's crazy

Jennifer just had coffee and pastries delivered for herself

So I email Shannon and rob

Oct 28, 2021 at 3:18 PM

Rob has Lexi in his office- how much you wanna bet she's becoming an AM now

Hmmm not sure I wanna

iMessage

DUBEY00169

**Exhibit 25-21**

**4:33**

**Stephanie** ⟩

time

Did he ask her if she wants a Scooby snack

I'm pretty sure he did actually

Nov 1, 2021 at 9:27 AM

Jen literally told her team that even though the number up there is 58 it's actually 43 because they had all these contracts end...ummm if the contracts ended why would pay and bill have been processed?

Nov 1, 2021 at 6:49 PM

I forgot to tell you the best part that I found out

Oh no, what?!

iMessage

DUBEY00170

**Exhibit 25-22**

4:46

< **Stephanie** > 

Dec 21, 2021 at 11:58 AM

Michelle just dropped off a Christmas present to rob in his office. 🥹

I thought rob was out for the rest of the week but he came strolling in late today so just guess there is still a possibility I can be told to leave

I think he is coming in because of your resignation

And that is disgusting

I put all the stuff in my drawers in bags in case they tell me to go when I get back from lunch.

He also doesn't like to be the bad guy so I know if

iMessage

**Exhibit 25-23**



4:50

**Stephanie** ›

Dec 23, 2021 at 2:13 PM

I got major tea

Listening...

Or call me and I'll step out.
There's literally nothing
going on here today. Travel
is seriously playing bingo...

Let's do that

K I'll walk out now

Did I tell you Rob had
Chrissy call all the clients
and tell them I'm not with
concentric and to ignore
any correspondence from
me

😂😂😂

He's so dumb

iMessage

DUBEY00172

**Exhibit 25-24**



5:28    SOS

< **Stephanie** >

Mon, Nov 28 at 4:36 PM

Omg

These videos, I can't

Girl, they are so bad 😂 😂

They did an anonymous survey and pretty much fired the people in travel that complained

What? So illegal

And how

If it was "anonymous "

Well all the results went to Shannon so problem #1. I'm sure they could figure out who by the responses then they went and checked their teams and ready negative things they were saying

iMessage

DUBEY00173

**Exhibit 25-25**

5:28

**Stephanie** ›

Shannon so problem #1. I'm sure they could figure out who by the responses then they went and checked their teams and ready negative things they were saying

*read

Why would anyone use their teams to chat

SERIOUSLY!!

Apparently 3 people did lol

Did Cindy tell you this

Yeah

Was it anyone we knew

Rachel, not sure the other 2

Ah, I liked Rachel. But it's a good thing in the end

iMessage

**Exhibit 25-26**



**10:44**    SOS

**‹    Shannon ›    ▢**

Mar 15, 2020 at 8:06 PM

Hey! I completely forgot to ask you on Friday but I have a yearly Gyno appt tomorrow on my lunch break. Is it okay if I leave at about 11:20 so I can get there on time?

Of course

Thanks!

Apr 21, 2020 at 6:13 PM

Hey Jenessa! Is it alright if I leave tomorrow around 3:45?

Sure thing. If you wouldn't mind just reminding me tomorrow morning

Will do! Thank you!

iMessage



DUBEY00175

**Exhibit 25-27**

10:46

< **Shannon** >

Jun 19, 2020 at 11:28 AM

So just FYI Shannon said you can come to dinner if you wanted to. We all have to wear masks anyway and sit with space in between. But it's up to you.

Okay. I just showed up at a Banner urgent care and Shannon Riley is sitting in the lobby already waiting to get tested too lol

Lol that's funny

Did you know she was gonna be there

No idea! She told me she was getting tested later but I had no idea where

Too funny!

iMessage

DUBEY00176

**Exhibit 25-28**

10:48

‹ **Shannon** › 

and see how you're feeling

Hey, I feel good! I've been getting a lot of rest and I feel totally fine now. I just haven't gotten my results yet. So I'm not sure what to do about that in regards to if I should come in tomorrow. I feel good enough to come back to work.

Jun 23, 2020 at 1:17 PM

I would recommend calling the clinic and seeing if they can just tell you. That's what Shannon's friend did and they just told her. Worth a shot

Say hey I think I missed a call

That's a good idea. I just

iMessage

DUBEY00177

**Exhibit 25-29**



10:50

**Shannon** ›

Jun 26, 2020 at 2:31 PM

OMG KYLES E-MAIL! are things that bad in the office??

Jun 27, 2020 at 12:54 PM

Good thing you took today

It has been insane here

Aww is Benny okay?

Yeah

Woke up to Marvin still with diarrhea and all over the dining room and onto the carpet. Everywhere. This was the same time Ben decided to wake up and my husband's phones to ring off the hook

And the smell . . .

iMessage

DUBEY00178

**Exhibit 25-30**

10:51

**Shannon** ›

coming true!

Jun 27, 2020 at 3:09 PM

Should we send Kandace flowers or bundt cakes or something? I can't stop thinking about her.

I've been thinking about it to and I'm not sure

We can talk about it later if that's okay I have people over

Yes of course!

Jun 27, 2020 at 5:14 PM

Did you tell Brenda we got her at the new life center?

I haven't told her yet

No

iMessage

DUBEY00179

**Exhibit 25-31**

10:54

**Shannon** ›

iMessage
Jul 5, 2020 at 5:41 PM

Benjamin having his first lemon

Love it!!!!😍😍 he's so big!!!

Jul 6, 2020 at 4:13 PM

Who's Garrett Hackitt?

Hey, sorry I was grabbing food. Some guy that was on my kickball team. Why?

He requested me on Facebook

And you and I are the only mutual friend

That's odd. I'm not sure how he would know you. He fixes air conditioning units.

Lol when I could use that

iMessage

DUBEY00180

**Exhibit 25-32**



**Shannon**

That would be so awesome!

Yes! Only we need staff!

Maybe Abbie will take CTC for Rebekah for two weeks to move her to dignity

Abbie is money driven

I did tell Abbie about the circle the City opportunity! She's thinking about it! Great idea!

Jul 10, 2020 at 12:41 PM

I might be a few minutes back from work. I'm running an errand but don't wait just go on time Chrissy should be okay for a few minutes

DUBEY00181

**Exhibit 25-33**



Love it!! Will you send me a few of those original ones?

Sep 4, 2020 at 8:42 PM

Thank you!!

Sep 8, 2020 at 9:56 AM

Hey they added me to this meeting just this morning. Please take notes to walk me through if I'm not out on time

Will do'

Thank you

Sep 25, 2020 at 7:03 PM

What's your Venmo

Sep 25, 2020 at 10:18 PM

DUBEY00182

**Exhibit 25-34**

11:00

< **Shannon** >

Thank you

Sep 25, 2020 at 7:03 PM

What's your Venmo

Sep 25, 2020 at 10:18 PM

@Shannon-Headley

Here was my shaking beef!
Not 5 star presentation but
still tasted great!

Sep 26, 2020 at 7:41 AM

That looks yummy.
Presentation looks great
too!

Oct 5, 2020 at 7:20 PM

Oh see

Isadora's text

Hmmm

iMessage

DUBEY00183

**Exhibit 25-35**



**Exhibit 25-36**



**Shannon**

Feb 18, 2021 at 7:15 AM

Good morning, I should've reminded you yesterday but I have my appointment this morning so I'll be about 25 minutes late this morning

Ha!

I totally remembered

Thanks to your sticky

Oh perfect!

Feb 26, 2021 at 5:21 PM

Did you get ahold of Cori?

Oh yeah she answered right as I walked out the door!

Mar 17, 2021 at 4:39 AM

DUBEY00185

**Exhibit 25-37**

11:02

**Shannon** ›

Is Tucson all good?

May 14, 2021 at 11:34 AM

Kyle wanted to know if he should walk him out?

Or if you wanted to meet with him again

Jun 23, 2021 at 5:41 PM

Hey Jenessa! I have an appointment next Thursday 7/1. It's from 10:40- 12:30 at the latest. Is that alright if I just use that as my lunch break time? Or should I put in a PTO form?

That should be fine but let's touch base tomorrow

Perfect, I just wanted to let you know as soon as I remembered!

iMessage

DUBEY00186

**Exhibit 25-38**

11:02

< **Shannon** >

Perfect, I just wanted to let you know as soon as I remembered!

Jul 8, 2021 at 5:57 PM

Hey Jenessa, I'm sorry to bother you. I know you're not feeling well and I hope you're able to get some rest. I'm trying to make accommodations for my trip this weekend and I'd like to know if I'm still able to leave at 2:30 tomorrow? Thanks!

Yes

Thank you! Feel better!

Aug 7, 2021 at 12:29 PM

Hey, I'm so sorry this is so last minute. I completely forgot to follow up. I sent

iMessage

DUBEY00187

**Exhibit 25-39**

11:02    SOS 🛜 🔋

< **Shannon** >    ⬜️📹

Aug 7, 2021 at 12:29 PM

Hey, I'm so sorry this is so last minute. I completely forgot to follow up. I sent you a teams message this week about a dentist appointment I have Monday morning. I should be able to make it in by 8:30 on Monday. Is that alright? My mistake for not following up on Friday.

No it was my mistake for not responding. I meant to. Yes, that shouldn't be an issue. Thanks for reminding me

Thank you!

Aug 14, 2021 at 4:25 PM

I got Sherri Baugh to

  iMessage 

       

DUBEY00188

**Exhibit 25-40**

11:04

**Shannon** ›

Aug 27, 2021 at 6:43 AM

Hey Jenessa, so this week I've had an awful UTI and the antibiotics I've been taking for it don't seem to be working. I woke up this morning in so much pain and I think I might have a kidney infection. So I'm going to go to my doctor as soon as they open and see if they can get me checked out. I'm going to try and make it in as soon as I can but I need to try and see if I can get some different meds.

Oh no. I'm sorry to hear that. Keep me posted. Hope you feel better soon

I will. Thank you

iMessage



DUBEY00189

**Exhibit 25-41**



11:04

**Shannon** >

Lol nope

Still have them. Didn't even think about it just answering

Are you able to transfer for me?

Yes I will!

Done!

Much appreciated

Aug 30, 2021 at 7:36 AM

Good morning, I need to pick up a new medication from the pharmacy this morning and I just realized they don't open up until 8. So I'm going to be just a few minutes late so I can get this filled real quick.

Okie

iMessage

DUBEY00190

**Exhibit 25-42**

11:04

**Shannon** ›

Sep 9, 2021 at 5:15 PM

Hey, I didn't want to bug you while you were on the phone but I wanted to see if it's okay if I take my lunch at 10:45 tomorrow? I just had an appointment open up and my dr reached out to me. It should be a super quick appointment. And I shouldn't be longer than an hour. Would that be alright?

That's fine

Thank you!

Sep 20, 2021 at 5:20 PM

Hey, this may be a long shot but I just got a call from my Endo saying they had an <u>8am</u> appointment open tomorrow. I know

iMessage

DUBEY00191

**Exhibit 25-43**

11:29  SOS

< **Jose** >    

Text Message
May 11, 2020 at 3:15 PM

Hi this is Jose !

iMessage

Hey hey

Hi thank you for letting me text you. I've been thinking about maybe leaving Steward for a bit. 😬
To put it short, I was thinking about starting to look for some job possibilities. Do you have any job openings within your company?

Just getting an idea for it right now, haven't exactly made the decision just yet to leave. You feel?

And please tell me if I'm

      iMessage

     

DUBEY00192

**Exhibit 25-44**



**Jose** ›

your company?

Just getting an idea for it right now, haven't exactly made the decision just yet to leave. You feel?

And please tell me if I'm overstepping. I just figured I could maybe confide in you what I've been mulling over lol.

You are not overstepping. I DO have two openings in fact on my team!! Can you send me your resume

🤩 that would be awesome. I'm still at work so I might send it to you later tonight to your email is that ok? I'm just getting an idea for now if it might even work with school next semester too



DUBEY00193

**Exhibit 25-45**



DUBEY00194

**Exhibit 25-46**

**11:31**

**Jose**

She is sending now looks like

Ooh okay

I got the letter! Thank you. 😌
Is this something I would negotiate and talk to Shannon Riley about?
Or do you have insight about how much the percent commission I was offered would be about?

May 26, 2020 at 5:59 PM

So sorry about cutting you off so abruptly. I was waiting on an appt and thought I had more time but got dragged in so quickly. I really appreciate all you've done and I'm so excited to be a part of your team! 😊

iMessage

DUBEY00195

**Exhibit 25-47**



**Exhibit 25-48**

11:31    SOS

< **Jose** >

But yayyyyyyy

Best news I've heard in weeks!!!

Oh I know my boss kind of freaked.

Lol that's awesome

Did you email respond to the offer

Oh no I haven't yet. By chance did you think anything else was possible?

I spoke with him. He was firm on starting percent. This can increase with performance!

Okay I understand. I appreciate you trying. Truly, you've been so good to me. I just had a 20 min phone

iMessage

**Exhibit 25-49**



**Jose** >

chance did you think anything else was possible?

I spoke with him. He was firm on starting percent. This can increase with performance!

Okay I understand. I appreciate you trying. Truly, you've been so good to me. I just had a 20 min phone convo with my boss and she took my notice. She didn't bring up the 4 week vs 2 week so I hope I'm in the clear to start on the date I gave. She's the type to ride those sort of things out lol.

I'll sign and send back the offer now 😊

Fantastic!!



DUBEY00198

**Exhibit 25-50**

11:57

< **Jose** > 

🙏

Aug 18, 2020 at 7:02 AM

Good morning! Did you
need a ride to work today?

No thank you. The
landscaper is here clearing
the garage so I can get out

Oh good! okay 😊

Aug 18, 2020 at 4:51 PM

**Amanda Morales Uber in
AM**
Pickup address:
646 W Union St. Benson,
AZ

Drop Off:
222 E 31st St. Unit D
Tucson, Az

iMessage

DUBEY00199

**Exhibit 25-51**



**12:03**

< **Jose** >

them?

$20 and $19

Great work!

Thanks!

Nov 24, 2020 at 5:50 PM

That email was super awesome!

Keep up the fantastic job

Thanks!!! 😄

Nov 27, 2020 at 4:44 PM

Hi there! Hope you had a great thanksgiving 😊

Aileen Sam is taking shifts at CBI Central next week - what do I offer as her increased rate?

DUBEY00200

**Exhibit 25-52**

**12:08**

**Jose** ›

Good morning! Rando question - would it be too casual for the office to wear these shoes on Fridays? 😅

Honestly. I've seen all in wear similar shoes on Friday. I've also had Shannon tell me to speak with Andrea about similar shoes. What pants are you wearing with it

Kalvin**

With the usual brown khakis I wear and my blue concentric polo

That's probably okay

Ok I'll bring the black dress shoes in my car just in case.

iMessage

DUBEY00201

**Exhibit 25-53**

12:58

**Kire** ›

Lol this is how I make friends 😇😍 just pressure you until we're official online

Lol this is how most my friendships come to be

Oh I've only been awake for 90minutes of today and already Sherri/Darrin/AAP is driving me NUTS

Ehhh and Thursdays are supposed to be the best.

Thursdays are for magic

Oh I like that energy JD

Mar 17, 2022 at 11:05 AM

Mostly - I wanted you on insta to send you my good memes & business wear fashion inspo

iMessage

DUBEY00202

**Exhibit 25-54**



**1:30**

< **Michelle** > 🎥

Sep 22, 2020 at 9:21 AM

Good morning! We are so excited for you to join our team!

Me too! Looking forward to next week ! 😃

Sep 25, 2020 at 3:29 PM

Hi! Our work hours are 8-5 but for this upcoming Monday you can arrive at 9am.

Got it! Ok. See ya then! 🤗

Excited!

Oct 6, 2020 at 2:57 PM

Hey when's the next pay day?? 😁

Pay day is this Thursday

iMessage

DUBEY00203

**Exhibit 25-55**

1:30

< **Michelle** > 🎥

9am.

Got it! Ok. See ya then! 🤗

Excited!

Oct 6, 2020 at 2:57 PM

Hey when's the next pay day?? 😄

Pay day is this Thursday. Paid biweekly on Thursday's

Oooh ok. I just have bills so I thought I should check 👌🏽 😄

👍

If you did not fill out the direct deposit then you'll receive a live check

Oct 15, 2020 at 2:33 PM

Michelle asked you to call

iMessage

Exhibit 25-56

1:31

< **Michelle** > 

Oct 28, 2020 at 7:20 AM

Sooo I've locked myself out of my house and my roommate already left. This hasn't happened to me before only her. She said she is turning around and is calling her boss because there is no way in my car or inside witouth my keys! We are making a spare to hide somewhere so this doesn't happen again. 🙍🏾‍♀️ I'm just stuck outside Until she comes. Ugh!!

I've done that too many times to count! Welcome to club.

Stinks though

But no worries. See ya when you get here

Okinall I'll see you when

iMessage

       

DUBEY00205

**Exhibit 25-57**

1:31

**Michelle** ›

Hey Jenessa,
What soda do you want?

Yes please. Diet Coke !
Thanks you

Nov 12, 2020 at 10:38 AM

Hey!! When do we
commission?? 🤔

Last pay week of each
month. I would check your
offer and/or with Shannon
to find date you will begin
earning

The contract I signed said
within 30 days and since I
started Sept 28th I was
thinking it'd be this month
just not sure the day. 🤗
thanks!!

iMessage

DUBEY00206

**Exhibit 25-58**



DUBEY00207

**Exhibit 25-59**

1:34

**Michelle** ›



**Michelle Hecker**
youtube.com

If you subscribe to my channel you won't miss any videos! 😄🧝🏽‍♀️

Oh wow I didn't think my face would be the thumbnail!!! 🙆🏽‍♀️

Dec 8, 2020 at 11:59 AM

Hey I may be a couple mins late coming back!  Trying to do too much on my lunch break

Okay. Thanks for letting me know

Brought my tree from home!! 😄

iMessage

DUBEY00208

**Exhibit 25-60**

1:34

**Michelle** ›

the bathroom. Went out to eat last night and I'm thinking that did it. 🤦‍♀️ I look and feel like death this morning even as I am trying to throw myself together. Unfortunately, I might have to take my first sick day sooner than I ever wanted.

That sounds awful. Hope you feel better soon. Keep me updated

Will do.

Dec 9, 2020 at 1:18 PM

Starting to feel a bit better. At this rate I hope to be back up and running tomorrow!

👍

Oh good! Stay hydrated

iMessage

DUBEY00209

**Exhibit 25-61**



1:37    SOS

< **Michelle** >

Jan 5, 2021 at 6:45 AM

Hey Jenessa,
I am wondering if this
Thursday I can leave at
4:45 for an appt that is in
old town?? It's not far but
it's at 5. Let me know
before I confirm anything
with them🤗

Yes, that's fine

Thank you!!

Jan 14, 2021 at 12:33 PM

THEY FORGOT MY
SPARKLING WATER

  

Can you get me a drink
too??

iMessage

DUBEY00210



**Exhibit 25-62**

**2:50**    SOS

< **Michelle** >

areas so nevermind

Feb 17, 2021 at 7:03 AM

Hey Jenessa,
Good morning. I am not feeling well today. I think my immune system needs a break/rest . 🤧😖

😞 feel better. We'll miss ya 🥰

Thanks Jenessa !

Feb 17, 2021 at 12:47 PM

Just thinking about you. Hoping you're feeling better.

Hey! I am feeling better now that it's afternoon. I've had pho and ginger ale delivered. 👌🏽 headache still working on.

iMessage

DUBEY00211

**Exhibit 25-63**



😔 feel better. We'll miss ya 🥰

Thanks Jenessa !

Feb 17, 2021 at 12:47 PM

Just thinking about you. Hoping you're feeling better.

Hey! I am feeling better now that it's afternoon. I've had pho and ginger ale delivered. 👌🏾 headache still working on.

Mmm good choice on the pho's s ginger ale

Feb 19, 2021 at 7:41 AM

DUBEY00212

**Exhibit 25-64**

2:50     SOS

**Michelle** ›

Feb 26, 2021 at 5:08 PM

Hey thanks for your help this week with making sure everything is good for the end of the month! 🙌🏾
Have a good weekend!! 😏

Always!!

Have a good weekend too

🤗

Mar 2, 2021 at 7:56 AM

Oi. It says ETA is 8 so I may be a couple mins behind this morning.

Yeah I head about the accident on 60

Be safe

Thank you!!

iMessage

DUBEY00213

**Exhibit 25-65**

**2:51**



**Michelle** ›



Mar 17, 2021 at 4:59 PM

Rob wanted to let me know that they are going to give me half 50% commission still even though it was a miss because they know there were a lot of factors and that I work hard. 😩 very appreciated. I am super grateful.

That's wonderful!!!

I assume he asked you not to share with others for obvious reasons.



Well earned

Thank you and yes but I assume I could tell you!! 😄 this month is already stacking up better. Oh



DUBEY00214

**Exhibit 25-66**

2:51

**Michelle**

Thank you and yes but I assume I could tell you!! 😄 this month is already stacking up better. Oh

This month is looking great!

Mar 19, 2021 at 11:44 AM

Hey hey!! I booked a hair appt to touch up my roots on Tuesday but it's at 4:30. They are located literally 2 mins away from the office in Old Town. So I could leave at 4:25 and be fine still. Let me know!! 🤗

Mar 19, 2021 at 5:07 PM

Yes that's fine

Have fun tonight

Woot!! Thank you!!

iMessage

DUBEY00215

**Exhibit 25-67**

2:52    SOS

**Michelle** ›

Mar 29, 2021 at 5:16 PM

Ok. My gal isn't interested in the Cori position. 🙁

Hey there, I called because I have a different lady interested. Same age but this one is a personal caregiver. She said she will call you tomorrow. 👌🏽 have a good night!!

Mar 29, 2021 at 7:13 PM

Awesome! Thank you

Apr 19, 2021 at 6:01 AM

Hey Jenessa,
Good morning. I am not feeling well this morning at all and think I need the day to recover. 😣

iMessage

DUBEY00216

**Exhibit 25-68**



**2:52**

**Michelle** ›

👍

😔 feel better

Apr 19, 2021 at 3:29 PM

Hi. Just checking in to see how you're feeling

Hey hey, I'm fine. I should be back tomorrow right as rain! ☺️

Apr 21, 2021 at 12:32 PM

Hey Jenessa,
At some point today, do you think I could have your ear?

Absolutely!

Cool thanks!

Apr 21, 2021 at 1:40 PM

When you get back you wanna chat?

iMessage

DUBEY00217

**Exhibit 25-69**



2:53

‹ **Michelle** ›

May 21, 2021 at 6:18 AM

**6 Items**





You're a videographer at heart! Those are awesome

Thanks!!



iMessage

DUBEY00218

**Exhibit 25-70**

2:55    SOS

< **Michelle** >

May 21, 2021 at 9:36 AM



My fave!! 😂😂😂

May 22, 2021 at 8:10 AM

Hey good morning!! ☀️
I think the same thing is
happening with the phones
being transferred over.
When I have someone call
either Phx or Tucson it says
"the person at extension....
is unavoidable "

Ok I had someone call both

iMessage

DUBEY00219

**Exhibit 25-71**

2:55

< **Michelle** > 🎥

Ok I had someone call both numbers and it worked! Sorry to call so early!

🤩

Sorry I didn't reply sooner

Sick toddler. Haven't been to bed yet 🙁

Oh shoot. Poor Ben. ☹️ Ok, I think all is well now. I had my roommate AND Kirk call both numbers and it rings through! 👌🏽

Oh good. I'll keep my phone closer just in case

Ill bug the others if I have to! Thanks!!

May 25, 2021 at 12:03 PM

iMessage

DUBEY00220

**Exhibit 25-72**



**Exhibit 25-73**



**2:57**

**Michelle** ›

Did you have additional reacts in July ?

Lol nope. Just being greedy to see if Peter counts lol. React.

I am grateful. I think I'll wear my grateful tee tomorrow too. 🤭😁
Thanks Jenessa!!

Lol

Happy to see you shooting that shot!

❤️

Great month! Truly

Aug 31, 2021 at 9:37 AM

It's fine. I'll just go at my lunch break. All this running around for one coffee!

iMessage

DUBEY00222

**Exhibit 25-74**



**Exhibit 25-75**

2:59

< **Michelle** >

Hey Jenessa,
Kirk's dad suddenly passed this morning. Heart attack during harvest season, he's a farmer. I took Kirk to the airport this morning and am watching his dog. (He's the oldest so there's a lot that falls to him) I told him to keep me posted on the funeral arrangements. He wants me there sooner but I know there's a lot going on at work. 😞 I wanted to let you know as this is obviously unexpected but hope the funeral will be over a weekend and maybe just a day or two extra. Can I keep you posted as we know more?

Oh how awful 😢

Of course, keep me posted

iMessage

**Exhibit 25-76**

2:59

< **Michelle** >

know there's a lot going on at work. 😞 I wanted to let you know as this is obviously unexpected but hope the funeral will be over a weekend and maybe just a day or two extra. Can I keep you posted as we know more?

Oh how awful 😢

👍

Of course, keep me posted

He must have been fairly young? My heart goes out to Kirk

Will do! Yeah, he was 56 😳 very unexpected as his grandpa had two heart attacks and made it through them to this day! Anyway, will keep you in the loop on it. 😢

iMessage

DUBEY00225

**Exhibit 25-77**



3:00

< **Michelle** >

Oct 25, 2021 at 10:45 AM

👍

Sorry to hear. I hope you feel better soon

Oct 29, 2021 at 10:46 AM



iMessage

   
       

**Exhibit 25-78**