# Exhibit 9

**BURCH & CRACCHIOLO, P.A.**
1850 N. CENTRAL AVENUE, SUITE 1700
PHOENIX, AZ 85004
602.274.7611

Susanne E. Ingold, SBA #019143
singold@bcattorneys.com
Aaron M. Duell, SBA #033450
aduell@bcattorneys.com

*Attorney for Defendants Concentric Healthcare Solutions, LLC and Robert Bales*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jenessa Dubey, an individual, | Case No.: 2:22-CV-02044-PHX-DJH |
| Plaintiff, | **DEFENDANTS' CERTIFICATION OF CONFERRAL IN GOOD FAITH RE MOTION IN LIMINE NO. 3** |
| v. | |
| Concentric HealthCare Solutions LLC, an Arizona limited liability company, Robert Bales, an individual, | |
| Defendants. | |

Undersigned counsel hereby certifies, pursuant to L.R.Civ.P. 7.2(l), that he conferred in good faith with Plaintiff's counsel regarding the subject matter of Defendants' Motion in Limine No. 3. Specifically, Defendants' counsel spoke with Plaintiff's counsel via telephone on May 22, 2025 in an effort to resolve the evidentiary issue. Counsel were unable to resolve the matter.

**RESPECTFULLY REQUESTED** this 27th day of May 2025.

**BURCH & CRACCHIOLO, P.A.**

By: */s/ Aaron M. Duell*
Susanne E. Ingold
Aaron M. Duell
1850 N. Central Avenue, Suite 1700
Phoenix, AZ  85004
*Attorney for Defendants Concentric Healthcare Solutions, LLC and Robert Bales*

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 27, 2025, I electronically transmitted this filing to the District Court clerk's office using the CM/ECF System for filing and a copy was provided to the following:

Nathan M. Smith
nate@bnsklaw.com
Ryan Abbott
ryan@bnsklaw.com
Tim Lamoreaux
tim@bnsklaw.com
**BROWN, NERI, SMITH & KHAN LLP**
11601 Wilshire Blvd., Suite 20280
Los Angeles, CA 90025
Tel. 310.593.9890
Fax 310.593.9980
*Attorneys for Plaintiff*

By: */s/ Angie Cañez*

1