**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jenessa Dubey, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Concentric HealthCare Solutions LLC, an Arizona limited liability company, Robert Bales, an individual,<br><br>Defendants. | Case No.: 2:22-CV-02044-PHX-DJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 3 RE: TEXT MESSAGES BETWEEN PLAINTIFF AND STEPHANIE ABBOTT** |

**[PROPOSED ORDER]**

Pursuant to Defendants' Motion in limine no. 3, and for good cause appearing, the Court issues the following order:

**IT IS HEREBY ORDERED** granting Defendants' Motion in limine no. 3.

**IT IS FURTHER ORDERED** that Plaintiff is precluded from introducing pages DUBEY00032-39 of proposed Trial Exhibit 2, Trial Exhibit 3, Trial Exhibit 13, Trial Exhibit 16, Trial Exhibit 17, Trial Exhibit 19, Trial Exhibit 24, and pages DUBEY000149-174 of proposed Trial Exhibit 25.